# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Timothy Phillip Beckel           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10301 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee of LSF9 Master Participation Trust and index same on the master mailing list.

                                             Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
13 Apr 2022, 09:57:53, EDT

             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322