**Fill in this information to identify your case:**

Debtor 1: **Timothy Phillip Beckel**
 First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (If known): **22-10301-MDC**

**Amended May 3, 2022**
**Added 4.6 below**

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|-----|-----|-------------|-----------------|---------------------|

**2.1**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  **Timothy Phillip Beckel**
         First Name  Middle Name  Last Name

Case number *(if known)* **22-10301-MDC**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **Regional Acceptance Corporation**
Nonpriority Creditor's Name
**PO Box 1847**
Number    Street
**Wilson, NC 27894-1847**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

$1,969.00

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Repossession of Vehicle - Deficiency**

**4.2** **LVNV Funding, LLC c/o Resurgent Capital Services**
Nonpriority Creditor's Name
**PO Box 10587**
Number    Street
**Greenville, SC 29603-0587**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

$745.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3** **Midland Funding LLC**
Nonpriority Creditor's Name
**PO Box 2011**
Number    Street
**Warren, MI 48090**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

$884.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.4**

**National Credit Adjusters, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number     Street
**P.O. Box 3023 Hutchinson, KS. 67504**
City                         State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $ **781.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

**4.5**

**PECO Energy Company**
Nonpriority Creditor's Name
**2301 Market Street, 04 NW**
Number     Street
**Philadelphia, PA 19103**
City                         State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $ **8,729.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

**4.6**

**BCWSA**
Nonpriority Creditor's Name
**1275 Almshouse Road**
Number     Street
**Warrington  PA 18976**
City                         State       ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** **133-0** ___ ___    $ **4,099.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Utility bill**_____

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page __ of ___

Debtor 1 __Timothy Philip Beckel_____  Case number *(if known)* __22-10301-MDC__
 First Name Middle Name Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____  **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____  Line _____ of  *(Check one)*: ❏ Part 1: Creditors with Priority Unsecured Claims
Number Street ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
 **Last 4 digits of account number** ___ ___ ___ ___
City State ZIP Code

_____  **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____  Line _____ of  *(Check one)*: ❏ Part 1: Creditors with Priority Unsecured Claims
Number Street ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
 **Last 4 digits of account number** ___ ___ ___ ___
City State ZIP Code

_____  **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____  Line _____ of  *(Check one)*: ❏ Part 1: Creditors with Priority Unsecured Claims
Number Street ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
 **Last 4 digits of account number** ___ ___ ___ ___
City State ZIP Code

_____  **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____  Line _____ of  *(Check one)*: ❏ Part 1: Creditors with Priority Unsecured Claims
Number Street ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
 **Last 4 digits of account number** ___ ___ ___ ___
City State ZIP Code

_____  **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____  Line _____ of  *(Check one)*: ❏ Part 1: Creditors with Priority Unsecured Claims
Number Street ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
 **Last 4 digits of account number** ___ ___ ___ ___
City State ZIP Code

_____  **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____  Line _____ of  *(Check one)*: ❏ Part 1: Creditors with Priority Unsecured Claims
Number Street ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
 **Last 4 digits of account number** ___ ___ ___ ___
City State ZIP Code

_____  **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
_____  Line _____ of  *(Check one)*: ❏ Part 1: Creditors with Priority Unsecured Claims
Number Street ❏ Part 2: Creditors with Nonpriority Unsecured Claims
_____
 **Last 4 digits of account number** ___ ___ ___ ___
City State ZIP Code

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. | Domestic support obligations | 6a. $0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. $0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. | Student loans | 6f. $0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $17,207.00 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. $17,207.00 |

pdf