## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Timothy P. Beckel | : Chapter: 13 |
| Debtor | : Bankruptcy No. 22-10301-MDC |
| | : Objection to Proof of Claim of |
| | : Regional Acceptance Corp. |
| | : Claim #2, Filed On 02/15/2022 |

## ORDER

AND NOW, this 4 day of October, 2022, upon considering the Debtor's Objection to the Proof of Claim of Regional Acceptance Corporation, Claim #2,

It is hereby ORDERED the objection is sustained and the the Proof of Claim filed by Regional Acceptance Corp., Claim #2, is hereby stricken and removed from the Claims Register.

Hon. Chief Judge Madeline D. Coleman
United States Bankruptcy Court