# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In Re: Timothy P. Beckel** | **: Chapter: 13** |
| **Debtor** | **:** |
|  | **: Bankruptcy No. 22-10301-MDC** |
|  | **:** |
|  | **: Objection to Proof of Claim of** |
|  | **: Regional Acceptance Corp.** |
|  | **: Claim #2, Filed On 02/15/2022** |

## ORDER

AND NOW, this 4 day of October, 2022, upon considering the Debtor's Objection to the Proof of Claim of Regional Acceptance Corporation, Claim #2,

It is hereby ORDERED the objection is sustained  and the the Proof of Claim filed by Regional Acceptance Corp., Claim #2, is hereby stricken and removed from the Claims Register.

Hon. Chief Judge Magdaline D. Coleman
United States Bankruptcy Court