UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Timothy P. Beckel
                Debtor

: Chapter: 13
:
: Bankruptcy No. 22-10301-MDC
:
: Objection to Proof of Claim of
: Regional Acceptance Corp.
: Claim #2, Filed On 02/15/2022

## ORDER

AND NOW, this 6th day of October 2022, upon considering the Debtor's Objection to the Proof of Claim of Regional Acceptance Corporation, Claim #2,

It is hereby ORDERED the objection is sustained and the the Proof of Claim filed by Regional Acceptance Corp., Claim #2, is hereby stricken and removed from the Claims Register.

*/s/ Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge