# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 22-10301-MDC

TIMOTHY PHILLIP BECKEL

2472 BRANDON COURT

BENSALEM, PA 19020

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TIMOTHY PHILLIP BECKEL

    2472 BRANDON COURT

    BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER, ESQ.
    2480-B DURHAM RD

    BRISTOL, PA 19007-

Date: 11/8/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee