United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-10301-mdc
Timothy Phillip Beckel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jan 09, 2023  Form ID: pdf900  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Phillip Beckel, 2472 Brandon Court, Bensalem, PA 19020-2202 |
| 14688433 | | BCWSA, 275 Almshouse Road, Warrington PA 18976 |
| 14688424 | + | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14674379 | | National Credit Adjusters, LLC, Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14676323 | + | Santander Consumer USA, Inc., William E. Craig, Esquire, c/o Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3124 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 10 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 10 2023 00:11:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2023 00:20:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14674374 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 10 2023 00:11:00 | CALIBER HOME LOANS INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14668034 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 10 2023 00:11:00 | LSF9 MASTER PARTICIPATION TRUST c/o, CALIBER HOME LOANS INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14669133 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 00:20:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674377 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 00:20:47 | LVNV Funding, LLC Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14688429 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 00:20:47 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674373 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 10 2023 00:11:00 | MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14668957 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 10 2023 00:11:00 | U.S. Bank Trust National Association, not in its, |

Case 22-10301-mdc   Doc 85   Filed 01/11/23   Entered 01/12/23 00:33:37   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14674378 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2023 00:11:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14688431 | | Email/Text: bankruptcy@ncaks.com | Jan 10 2023 00:11:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14674380 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 10 2023 00:11:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14669292 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 10 2023 00:20:39 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14669598 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2023 00:11:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14668480 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2023 00:20:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14683939 | ^ | MEBN | Jan 10 2023 00:06:40 | U.S. Bank Trust National Association, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14684014 | ^ | MEBN | Jan 10 2023 00:06:35 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14688426 | *+ | CALIBER HOME LOANS INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14688425 | *+ | LSF9 MASTER PARTICIPATION TRUST c/o, CALIBER HOME LOANS INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14688430 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14679381 | *+ | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14688432 | *+ | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14674376 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14688428 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14676288 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14674375 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14688427 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2023     Signature:     /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 24 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Timothy Phillip Beckel jefffournier@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Timothy P. Beckel      :   Chapter 13
                              :
                              :
              Debtor          :   Bankruptcy No. 22-10301-mdc

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty- three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  January 9, 2023

_____
Madgeline D. Coleman
Chief U.S. Bankruptcy Judge