Certificate Number: 05781-PAE-DE-037985818

Bankruptcy Case Number: 22-10301



05781-PAE-DE-037985818

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2023</u>, at <u>3:15</u> o'clock <u>PM PST</u>, <u>Timothy Beckel</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 1, 2023</u>         By:   <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>